# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN ANTONIO RODRIGUEZ-FUENTES,<br><br>　　　　　　　　　　　Defendant. | Case No. 13cr4028-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>MAR 1 4 2016<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_**　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated.

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　the Court has dismissed the case for unnecessary delay; or

__　the Court has granted the motion of the Government for dismissal, without prejudice; or

__　the Court has granted the motion of the defendant for a judgment of acquittal; or
_　a jury has been waived, and the Court has found the defendant not guilty; or

__　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment:

　　8 USC 1326(a),(b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 3/11/2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　United States District Judge